# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

CORBIN HOWARD, et al.

                Plaintiffs,       :       Case No. 3:11-cv-66

   - vs -                           :       District Judge Walter Herbert Rice
                                       Magistrate Judge Michael R. Merz

WELLS FARGO HOME MORTGAGE,  :
et al.

                                      :

              Defendants.

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #3), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

Accordingly, it is hereby ORDERED that Plaintiffs' legal malpractice claims against attorneys Albert and Berry are DISMISSED with prejudice as barred by the state of limitations and all other claims are DISMISSED without prejudice for lack of subject matter jurisdiction.

March 29, 2011.

                                                         Walter Herbert Rice
                                                         United States District Judge